Paul N. Jacobs (Bar No. 95241)
pauljacobs@irvinebusinesslawyers.com
**JACOBS & DODDS**
2151 Michelson Drive, Suite 168
Irvine, CA 92612
(949)645-7300
(949)645-7305 Fax
Attorneys for Defendant MLD Mortgage, Inc

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUN WEST MORTGAGE COMPANY, INC., a California Corporation<br><br>Plaintiff<br><br>vs.<br><br>MLD MORTGAGE INC., a New Jersey corporation<br><br>Defendants | Case No.: 8:18-cv-01120-DOC (KESx)<br><br>Judge: Hon. David O. Carter<br><br>Courtroom: 9D<br><br>ORDER GRANTING STIPULATED REQUEST TO CONTINUE PLAINTIFF SUN WEST MORTGAGE COMPANY, INC.'S MOTION FOR SUMMARY JUDGMENT **[38]** |

ORDER

The Court having considered the Parties' JOINT STIPULATION TO CONTINUE PLAINTIFF SUN WEST MORTGAGE COMPANY, INC.'S MOTION FOR SUMMARY JUDGMENT, finding good cause appearing, hereby GRANTS the Stipulation and ORDERS as follows:

The hearing date for Plaintiff Sun West Mortgage Company Inc.'s Motion for Summary Judgment is continued to **July 15, 2019 at 8:30 a.m.** Absent a subsequent stipulation by the parties, any opposition thereto is to be filed June 10, 2019. Any reply to the opposition is to be filed June 17, 2019.

Dated: May 29, 2019

By: *David O. Carter*
David O. Carter
United States District Court Judge